USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                   :
S.M., *mother and natural guardian of J.T.*, and S.M., :
*individually*,                                       :
                                                   :        1:22-cv-5521-GHW-JLC
                              Plaintiffs,    :
                                                   :                 <u>ORDER</u>
               -v -                         :
                                                   :
THE CITY OF NEW YORK AND NEW YORK : 
CITY DEPARTMENT OF EDUCATION,       :
                                                  :
                              Defendants. :
                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On May 2, 2023, the parties filed a document entitled "Stipulation of Settlement and Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii)." *See* Dkt. No. 28 (the "Stipulation"). The Stipulation does not contain a signature block for the Court, and the parties, understandably, have not asked for the Court to take a position with respect to their Stipulation. Still the Court observes that the text of the Stipulation refers to the document as a "Stipulation and Order." And for reasons that are wholly unclear, Ms. Hartley filed the document using the ECF code for a "Proposed Stipulation and Order" even though there is no proposal by the parties for the Court to take up, and it is not an order. Because the parties have not requested Court action with respect to their Stipulation and stipulations of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) do not require Court order, the Court takes no action with respect to their filing. The Court writes separately just to note that although the Stipulation contains language describing it as a "Stipulation

and Order," the Court has not ordered any portion of the document.

    SO ORDERED.

Dated: May 3, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge